# W. H. Whitaker, Appellant, v. T. W. Ginger, Appellee.

## (Not to be reported in full.)

Appeal from the County Court of Christian county; the Hon. C. A. PRATER, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Judgment by confession in favor of W. H. Whitaker, plaintiff, against T. W. Ginger, defendant, for $766.35 and $50 attorney fees on a judgment note for $749.15, bearing seven per cent. interest, payable to the order of H. M. Monroe and by him indorsed, and stating on its face "secured by chattel mortgage." From a judgment for the defendant on a trial after opening up of the judgment by confession with leave to plead and plea of general issue with notice of defense that entire principal of the note was for usury, plaintiff appeals.

J. E. HOGAN and W. S. GREER, for appellant.

GEORGE T. WALLACE and L. G. GRUNDY, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

CHATTEL MORTGAGES, § 216*—*what are rights of assignee of note stating on face to be secured by chattel mortgage.* Under Rev. St. ch. 95, sec. 1 (J. & A. ¶ 7602), the assignee of a note which states on its face that it is secured by a chattel mortgage takes the note subject to all the defenses that existed between the maker and the payee at the time of the assignment, and he is not a holder without notice of the defenses thereto.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.